UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. *1:01CR 10192-NG* |
| v. | ) | |
|  | ) | **VIOLATION:** |
| GREGORY CLARK | ) | **18 U.S.C. §§ 471 and 2** |
|  | ) | **Counterfeiting obligations or** |
|  | ) | **securities of the United** |
|  | ) | **States** |
|  | ) | |

## INFORMATION

<u>**COUNT ONE**</u>: 18 U.S.C. §§ 471 and 2 – Counterfeiting obligations or securities of the United States.

The United States Attorney charges that:

On or about April 2, 2001, at Malden, in the District of Massachusetts,

**GREGORY CLARK,**

defendant herein, with intent to defraud, falsely made, counterfeited, and altered any obligation and other security of the United States, to wit, United States currency,

All in violation of Title 18, United States Code, Sections 471 and 2.

Respectfully submitted,

JAMES B. FARMER
United States Attorney

By: *Colin Owyang*
Colin Owyang
Assistant U.S. Attorney

Date:  June 11, 2001

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. *1: 01 CR 10192-NG* |
| v. | ) | |
| | ) | VIOLATION: |
| GREGORY CLARK | ) | 18 U.S.C. §§ 471 and 2 |
| | ) | Counterfeiting obligations or |
| | ) | securities of the United |
| | ) | States |
| | ) | |

### WAIVER OF INDICTMENT

Defendant Gregory Clark, after having been advised of the nature of the felony charge in this proceeding and of his rights, hereby waives in open court prosecution by indictment and consents that this proceeding may be by information instead of by indictment.

_____
GREGORY D. CLARK


_____
J.W. Carney, Esq.
Attorney for Defendant

Date: June ____, 2001

JS 45 (1/96)  (Revised U.S.D.C. MA 8/27/96)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

Place of Offense              Category No. ___II___              Investigating Agency U.S. Secret Service

City __Malden__               Related Case Information:          _1:01CR10192, NG 09 PM '01_

County __Middlesex__          Superseding Indictment _____ Docket No. _____
                              Original Defendant ___X___ New Defendant __01-1646-CBS___
                              Magistrate Judge Case Number _____
                              Search Warrant Case Number _____
                              R 20/ R 40 from District of _____

**Defendant Information:**
Defendant Name        __Gregory D. Clark__        Juvenile: _____ Yes _X_ No
Alias Name            _____

Address               __37 Lexington Street, East Boston, MA__

Birthdate _5/12/80_ SS # _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_        Sex _M_ Race _B_ Nationality _USA_

Defense Counsel if known: _J.W. Carney, Esq.__

Address: _Carney & Bassil, 20 Park Plaza, Boston, MA  02110_

U.S. Attorney Information: __Colin Owyang__        Phone No. _(617) 748-3151_

Address: __USAO, 1 Courthouse Way, Suite 9200, Boston, MA  02210__

Bar No. __631616__                    Interpreter:        ☒ No   ☐ Yes

List Language and/or dialect: _____ Matter to be SEALED:   ☒ No   ☐ Yes

          ☐ Warrant Requested        ☒ Regular Process        ☐ In Custody

Arrest Date ___5/18/2001___

☒    In Federal Custody as of _5/18/2001_ in _Boston, MA_

☐    In State Custody at _____

☐ Serving Sentence      ☐ Awaiting Trial   ☒   On Pretrial Release

Offenses Charged:      ☐ Complaint      ☐ Information      ☐ Indictment

Total # of Counts:     ☐ Petty_____   ☐ Misdemeanor_____   ☐ Felony _____

Date: ___6/11/2001___   Signature of AUSA: _____
                    Continue on Page 2 for Entry of U.S.C. Citations

JS 45 (1/96) (Revised U.S.D.C. MA 8/27/96) Page 2 of 2

District Court Case Number (To be filled in by deputy clerk): *1:01CR10192-NG*

Name of Defendant _____ Gregory D. Clark _____

## U.S.C. CITATIONS

| | **U.S.C. Citations** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C §471 | Courtefeiting | I |
| Set 2 | 18 U.S.C § 2 | Aiding and Abetting | II |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |
| Set 16 | | | |
| Set 17 | | | |
| Set 18 | | | |
| Set 19 | | | |
| Set 20 | | | |
| Set 21 | | | |
| Set 22 | | | |
| Set 23 | | | |

**ADDITIONAL INFORMATION:**

_____

_____

_____

_____

(crjs45rv.cov - 9/3/96)